**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00177-CV

### EX PARTE JOHN CLOUD

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

## ORDER

By motion filed June 25, 2014, appellant, a pro se inmate, seeks a copy of the appellate record so that he may file his brief. We **GRANT** the motion and **DIRECT** the Clerk of the Court to send appellant a paper copy of the appellate record. We further **ORDER** appellant to file his brief no later than August 11, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE